UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY W. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | No.:1:17-cv-2384-JMS-MPB |
| v. ) | |
| ) | |
| CORIZON HEALTH, ) | |
| ) | |
| Defendants, ) | |

**DEFENDANTS MICHAEL PERSON, M.D., CHRISTOPHER NELSON, M.D., BARBARA BRUBAKER, NP, DEBORAH PERKINS, NP, KATRINA CLARKSON AND STEVEN CLARKSON, AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOHN B. CLARKSON, M.D., AND CORIZON, LLC'S MOTION FOR SUMMARY JUDGMENT**

Defendants Corizon, LLC, Michael Person, M.D., Barbara A. Brubaker, NP, Deborah Perkins, NP, Christopher Nelson, M.D., and Katrina Clarkson and Steven Clarkson, as Personal Representatives of the Estate of John B. Clarkson, M.D. ("Defendants"), by and through counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and S.D. Ind. L.R. 56-1, respectfully move the Court for summary judgment in their favor for the reasons set forth in the accompanying Brief. The record evidence shows that Defendants were not deliberately indifferent to Plaintiff's medical needs.

In support of this Motion, Defendants submit the attached Brief; the Index of Exhibits; Exhibit A, the Declaration of Dr. Bruce Ippel; and Exhibit A-1, Plaintiff's Medical Records; Exhibit B, the Declaration of Dr. Christopher Nelson; Exhibit C, the Declaration of Deborah Perkins, NP; Exhibit D, the Declaration of Barbara Brubaker, NP; and Exhibit E, the Declaration of Dr. Michael Person.

WHEREFORE, Defendants Corizon, LLC, Michael Person, M.D., Barbara A. Brubaker, NP, Deborah Perkins, NP, Christopher Nelson, M.D., and Katrina Clarkson and Steven Clarkson,

1

as Personal Representatives of the Estate of John B. Clarkson, M.D., request that this Court grant summary judgment in their favor and for all other appropriate relief.

Respectfully submitted this 20th day of July, 2018.

                                                                                        Respectfully submitted,

/s/Jeb A. Crandall
JEB A. CRANDALL (#26323-49)
*Attorney for Defendants Corizon, LLC, Michael Person, M.D., Barbara A. Brubaker, NP, Deborah Perkins, NP, Christopher Nelson, M.D., and Katrina Clarkson and Steven Clarkson, as Personal Representatives of the Estate of John B. Clarkson, M.D.*

Jeb A. Crandall, #26323-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4635
Phone: (317) 567-2222
Fax: (317) 567-2220
E-Mail: jeb@bleekedilloncrandall.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

[n/a]

I hereby certify that on the 20th day of July 2018, a copy of the foregoing was mailed, by first class mail U.S. Mail, postage prepaid and properly addressed to the following:

Anthony W. Taylor #910720
New Castle Correctional Facility
New Castle – CF
Inmate Mail / Parcelse
1000 Van Nuys Road
New Castle, IN 47362
*Pro Se*

                                                              /s/ Jeb A. Crandall