**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANTHONY W. TAYLOR, | : |
| Plaintiff, | : |
| vs. | : 1:17-cv-2384 JMS-MPB |
| CORIZON HEALTH, et al., | : |
| Defendants. | : |

### SECOND DECLARATION OF DR. MICHAEL PERSON

Pursuant to 28 U.S.C. § 1746, Dr. Michael Person, states under oath as follows:

1.

I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

My name is Dr. Michael Person. I am a medical doctor licensed by the State of Indiana since 1995.

3.

In my Declaration dated July 20, 2018, I stated that I am currently employed by Wexford Health as the Medical Director at Correctional Industrial Facility in Pendleton, Indiana. This statement was an oversight. I am no longer employed by Wexford Health. The remainder of my July 20, 2018 Declaration remains accurate.

The above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial or a hearing in this matter. I declare, certify, verify and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 20th day of July 2018.

_____
**MICHAEL PERSON, M.D.**

715439v.1