UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2018 AUG 16 PM 4:23
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| ANTHONY W. TAYLOR, <br> Plaintiff, <br><br> v. <br><br> CORIZON HEALTH, <br> Defendants | ) <br> ) <br> )    No.1:17-cv-02384-JMS-MPB <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN FAVOR FOR PLAINTIFF**

Pursuant to Rule 56 Fed.R.Civ.P., Plaintiff, Anthony Taylor, requests this court to grant him summary judgment as to the liability of the defendants Michael E. Person, MD Barbara Brubaker, APN/NP Christopher S. Nelson, MD Debra L. Perkins NP/RN John B. Clarkson, MD estate representative by Katrina Clarkson, Steven Clarkson for damages to Anthony Taylor of serious medical needs. The reasons are therefor are set forth in the plaintiff's declaration and brief in support of this claim.

Date: 8/14/2018

Respectfully Requested,

*Anthony Taylor*
Plaintiff, pro se, Prisoner
New Castle Correctional Facility
P.O. BOX A
New Castle Indiana, 47362