UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ANTHONY W. TAYLOR,            )
      Plaintiff,            )
                            )   No.1: 17-cv-02384-JMS-MPB
      v.                    )
                            )
CORIZON HEALTH,               )
      Defendants            )

### AFFIDAVIT

Comes the Affiant, Anthony W Taylor, and declaring under oath and penalty of perjury does depose and say:

Further, Affiant Sayeth Naught.

Dr. Clarkson

1. On May 12, 2017 I was called to medical based on a health care request I sent to medical on 5-8-17 concerning lumps in my private area that was causing pain. I explained this to the doctor about the swelling of these lumps, and I'm still having these problems at that time whereas it was effecting the way I walk. At that time I had a bigger lump on my left private area that call pain as it comes to ahead, and on the right side of my private area were once was I still have pain although the lumps is not there anymore. The pain I'm filling is like its effecting my nerves. On this same date I was explaining to the doctor about the pain I was having on my right abdominal area that goes all the way around to my right back. The doctor explained that the lumps could be from hair shaving, and the pain in my lower back area could be from me working out and he gave me for the lumps Prednisone 20MG TAB, which did not help, the doctor's name was at the time was Dr. Ippel which he is not a part of the law suite.

2. On August 18, 2017 I was called to medical to see Dr. Robertson he explained that he was the new doctor and that he was checking chronic issues, he then question me about my issues, I explained about the lumps and pain I've been having on my right side abdomen area and right back, as well as night sweat's while I sleep. I also told him of this knot I feel in my kidney area and that's where I feel the most pain at times. He explained that the lumps could be from a fungus and the pain in my lower back area could be from me working out. Dr. Robertson, gave me Sulfame Thoxazole on 8/24/2017 for the lumps I was having, however as of October 21, 2017 I'm still having the pains in my abdominal area, as well as the constant night sweats.

3. I have been frustrated with health care because they act like they want my kidney to get worse, or cause other problems. I feel that this issue with my kidney is causing other problems that's effecting my abdominal area such as this knot like feeling that is

causing pain on my right upper abdomen area. The doctor have not ordered at know time to have this area x-ray to see if there is a knot or if there is something else that could be causing this pain and knot like feeling that could be a part of my kidney problem. According to immune biology in health and disease, "Circulating lymphocytes encounter antigen in peripheral lymphoid organs, Naive lymphocytes recirculate constantly through peripheral lymphoid issue, here illustrated as a lymph node behind the knee, a popliteal lymph node. Here, they may encounter their specific antigen, draining from an infected site in the foot. These are called draining lymph nodes, and are the site at which lymphocytes may become activated by encountering their specific ligand." These are exactly the symptoms that I have been complaining about to the defendant's There has never been an IVP and these knots continually accrue on different parts of my body. I believe the one that is behind my right knee is causing most of knots that keep accruing like the one that's on my right foot now as of 6/24/2018 and all these different type of problems that keep accruing are a result of my kidney disease. I was called to medical concerning this knot on 6/28/2018 and there was nothing done about it. My body fights off these knots only for them accrue some where else.

4. On November 2, 2017 I was sent a mandatory pass to medical, requested K. Decker concerning my chronic condition. When I first walked in his office he ask me how long have I had a kidney problem, and who told me it was a kidney problem and how did he know it was a kidney problem. K. Decker ask me was there any x-ray's done or was I given any medication for it or any kinda treatment for it. I told him know and I like to ask for a x-ray now because there is this pain I'm having in my abdomen area. He told me to wait a minute while he look in the computer to check my medical history. K. Decker started explaining to me what was said to me 90 days prior, at my last chronic care visit by Dr. Roberts. After K. Decker got through talking he did a physical look over my body, checking my breathing. Then he told me that the pain I'm feeling and the knot I feel In my abdomen area is from my sternum and has nothing to do with my kidney, and that my kidney is okay and that he will not be ordering for a blood test or x-ray. I am being prevented from a outside of the facility medical physician opinion. I explained to Decker about this knot I feel in my abdomen area and the plain I feel there is not from my sternum that it feels like a knot. I ask could they x-ray that area to see what it is. I mentioned about the night sweats again and what is causing that to happen. Also I explained about the cracks between my toes on my left foot, and these dark spots on my left and right legs that is so irritating and cause's me to constantly scratch them and if they have something for that because the foot fug cream, I buy off commissary don't work. K. Decker told me that the dark spots could be from dry skin. The more I tried to explain to him about my issue's not being what he think they are he was acting as if I was trying to argue with him. So the only thing he said he is going to put in the system is the dark spots on my legs as if that was the only thing I was complaining about. Regardless of the fact that I mentioned of other issues such I'm having he act like I was making it up are something. He said to me there was nothing he could do.

5. On November 10, 2017 a mandatory pass was sent to me by H. Denman R.N medical an annual check up, I was not even question about my kidney function other than the nurse asking me did I see the doctor concerning my kidney on November 2, 2017 I told her yes, and that I mentioned about the pain I'm having on my right side abdomen area and my upper lower back side and the Doctor told me it could be my sternum and not from my kidney.

6. On 11-13-17 and 14 approximately 8:23 pm I was having pain on my right side abdomen area all the way around to my right upper and lower back side until about 2:00 or 3:00 in the

morning. I put in a sick call form #24162 and was called to sick call on 11-15-17 the nurse acted like I was making it up the pain I have been having. The nurse said to me you was just up here two time this month for a chronic care visit and on an annual check up, and she ask did I tell the doctor then about the pain you have been having? I said yes, the nurse goes on to stay how long have you been having this pain, I said off and on for three years. She said well its not your kidney because your kidney is not right there, your liver is, your kidney is in the back. She said I really don't know what to tell you, so she took my vital sign's. She was trying to convince me that there wasn't nothing wrong with me, she stated that doctor Platz is going to tell me the same thing as before, however the doctor check my medical history and did a physical exam checking for general signs of health, he informed the nurse that he wanted a urine test and to set a date for further testing this was on 11-16-17, because of a health care request I sent on       11-15-17 concerning pain I was having in my right abdomen area form#24162. As of this day 12-18-17 I have not been called back for the further testing concerning these pains I'm having as Dr.Platz order.

I hereby swear and affirm under the penalties for perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/14/18
Date

*Anthony Taylor*
Affiant's Signature

STATE OF INDIANA      )
                      ) SS:
COUNTY OF HENRY       )

SUBSCRIBED AND SWORN to before me, a Notary public, this __14__ day of __August__, 20_18_.

MICHAEL L. TODD
Notary Public, State of Indiana
Fayette County
Commission # 707781
My Commission Expires
November 19, 2025

Notary Public

County of Residence: Fayette
My Commission expires: 11/19/2025

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and accurate copy of the foregoing *Affidavit* _____ has been duly served upon the following addresses :

The Office of Clerk of
The U.S. District Court
105 U.S. Courthouse
46 East Ohio Street
Indianapolis, In 46204

Jeb A. CRANDALL, #26323-49
BLEEKE DILLON CRANDALL, P.C.
8470 ALLISON POINTE BOULEVARD,
SUITE 420
INDIANAPOLIS, INDIANA 46250-4365

by personally handing the same to the appropriate staff at the New Castle Correctional Facility to be placed in the facility's prison legal mail system and deposit in the United States mail, First-Class postage prepaid, on this _14_ day of _August_, 20_18_.

Respectfully submitted

DATE 8/14/2018

*Anthony Taylor*
NEWCASTLECORRECTIONALFACILITY
P.O. BOX E, 1000 VAN NUYS ROAD
NEW CASTLE, INDIANA 47362