UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

AUG 1 6 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

ANTHONY W. TAYLOR, )
    Plaintiff, )
) No.1:17-cv-02384-JMS-MPB
v. )
)
CONIZON HEALTH, )
    Defendants )

## PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule of this court's Civil Rules, plaintiff submits the following list of undisputed facts that entitle him to summary judgment as a matter of Law.

1. On April 23, 2018 NP Dawson medical order that I have my abdomen area x-ray and blood testing. April 30, 2018 I was x-ray. However on May 3, 2018 I sent to health care a request asking for the results of the x-ray ( Exhibit S ). On May 10, 2018 I was called to medical by Dr. Robertson concerning the x-ray results, he stated to me on that date "there was nothing to be happy about the x-ray showed a mass of something but did not know what it is and that he is going to order for a ultrasound", he also stated that he noticed on April 23, 2018 there was a blood test order but was never done. So Dr. Robertson order another test. Then on May 20, 2018 I had to send a request for health care to remind them of the second order for the blood testing. On May 23, 2018 at 5:00 am I was call to LABS-Medical for the blood test.

2. On May 3, 2018 I sent a request for health care asking for the results from the x-ray I took on April 30, 2018. (See Exhibit's T ) These were the only documents I received concerning the x-ray which don't make since because if I was told by Dr. Robertson that there was a mass or something, why would they send me this and order for an ultrasound?. However if you look closely at the to of the medical lab results history in this (Exhibit U ) you'll find Dr. Bruce D. Ippel name as the provider with the date 5/24/2018 but these records are not the requested records of 2018 most resent quested they are of 2016 and 2017. As mentioned on the above the blood test were taken on May 23, 2018. I have know idea as to what the mass is and whether if it's cancer or stones or if any of this has something to do with my kidney. As of May 23, 2018.

3. On March 9, 2018 defendant Dr. Michael Person expert report state's he did not observe abnormal lymph nodes, boils, yellow eyes or a knot on the right side of Mr. Taylor abdomen. Yet I was recently x-ray in my abdominal area on 4/30/2018 and on 5/10/2018 Dr. Robertson called to medical to explain the x-ray results and stated that there is a mass or something showing up and that he is going to order for an ultrasound and that was done on 5/30/2018.

4. On 5/13/2018 I am not being told the truth about my

4

eye examination my eyes are getting worse I explained in my health care request concerning the condition of my eyes and I believe that my kidney disease is the cause of my eye problem. (See Exhibit V pgs 1-12.)

5. On November 4/2013 defendant Dr. John B. Clarkson, acknowledged I have a renal insufficiency, elevated liver enzymes at that time. On that date I was explaining that I don't feel normal in my abdomen area and my ability to train has fail off because of this pain I feel in my abdomen area and around my right side to back. And still to this day have the feeling of weakness and pain I don't know if its because of my kidney or even the status of my kidney because I can't get a straight answer from any of the defendant's or the necessary help that is needed then, and right now.

6. On March 9, 2018 Barbara Brubaker, NP expert states, " I did not observe abnormal lymph nodes, boils, yellow eyes or a "knot" on the right side of Mr. Taylor abdomen." ( See Exhibit W ) and on 7/24/2015 chronic care visit defendant's Barbara Brubaker NP state CKD "status stable, negative for abdominal pain." Yet on April 30, 2018 the very first x-ray in my abdominal area found that there is a mass are something in that area stated by Dr. Robertson on 5/10/2018. Which he ordered the ultrasound, that was taken on 5/30/2018 since then I have been trying to get the test result from the blood test done on May 23, 2018 and the ultrasound results.

7. On March 16, 2014 Christopher S. Nelson MD. Stated negative for abdominal pain, (See Exhibit X Yet I was recently x-ray in my abdominal area, and on 5/10/2018 Dr. Robertson sent a pass for me to come to medical for the results of the x-ray he stated there was a mass are something there on that date Dr. Robertson order that he have an ultrasound. On 6/13/2018 expert witness Dr. Ippel called me to medical for the results of the blood test and ultrasound, he stated the blood test was the same as last year, and the ultrasound did not show anything concerning the kidney.
I mentioned to Dr. Ippel that Dr. Robertson order the ultrasound because the results of the x-ray showed that there is a mass or something in the area I've been complaining about. The fact is there is nothing being done and I'm being told that all the test are normal.

8. On May 30, 2014 Deborah L. Perkins NP RN acknowledged that I have a renal failure and stated in the history of present illness (1) Chronic kidney disease renal failure (2) rescheduled no labs and order on 3/2/2015 will reschedule ( See Exhibit Y ) On those dates I was trying to explain about the different pain's I was having in my abdomen area and right side and back. Yet there was nothing done about it at that time and now that I have been x-ray and ultrasound Dr. Robertson is saying the results are showing a mass or something, after getting the ultrasound results Dr. Ippel is saying everything is normal, Ippel go on to explain the mass could be from some the blood not being filter out of the kidney the main function of the kidney is to filter blood flows through the kidney. Dr. Ippel said he did not no why there wasn't an order to test the gall bladder by Dr. Robertson. Instead of Dr. Ippel ordering the test for the gall bladder he order for physical therapy. I believe Dr. Ippel is manipulating all the test results. On the outset the doctor's never order test that would produce pictures of the kidney and nearby organs. I wasn't until 4/23/2018 whereas I had to get into an argument with NP Dawson concerning having a x-ray.

Date: 8/14/2018

Respectfully Requested,

*Anthony Taylor*
Plaintiff, pro se, Prisoner
New Castle Correctional Facility
P.O. BOX A
New Castle Indiana, 47362