UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY W. TAYLOR, | : |
| Plaintiff, | : |
| vs. | : 1:17-cv-2384 JMS-MPB |
| CORIZON HEALTH, et al., | : |
| Defendants. | : |

**DECLARATION OF ROBERT BURNS**

Pursuant to 28 U.S.C. § 1746, Robert Burns, states under oath as follows:

1.

I am over eighteen (18) years of age, suffer from no impairment, and am legally competent to make this Declaration.

2.

My name is Robert Burns. I am employed by Corizon, LLC, as the Vice President of Operations. In this capacity, I have access to Corizon, LLC's employment records.

3.

Corizon, LLC's employment records demonstrate that it employed Dr. John Clarkson at New Castle Correctional Facility in New Castle, Indiana between July 22, 2013, and January 29, 2014.

The above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial or a hearing in this matter. I declare, certify, verify and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30TH day of AUGUST, 2018.

*[signature]*
**ROBERT BURNS**